# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

_____
                                                    )
In re:                                              )            Chapter  7
                                                    )            Case No. 07-17180
Tradex Swiss AG                                     )
                                                    )
            Debtor                                  )
_____ )

## **NOTICE**

**NOTICE IS HEREBY GIVEN** that unclaimed funds in the amount of $ $3,748.45, payable to Jacques DeGroot , were deposited with the Court by the trustee in the above referenced case. A search of the Court's financial records indicates that this unclaimed amount has been paid previously to another claimant; therefore, the request for payment filed by Penelope Lopez is moot.

No further action will be taken in this matter.

                                                                By the Court


                                                                James M. Lynch
                                                                Clerk
Date: October 10, 2013