**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| In re | Tradex Swiss AG | Chapter: 7 |
| | | Case No: 07−17180 |
| | Debtor | Judge Melvin S. Hoffman |

**DEFICIENCY NOTICE RE: PETITION FOR PAYMENT OF UNCLAIMED FUNDS**

The Court is unable to process your Petition for Payment of Unclaimed Funds without additional information. Please submit the additional items checked below to the Finance Department **within 45 days of the date of this Notice:**

Finance Department

United States Bankruptcy Court

John W. McCormack Post Office and Court House

5 Post Office Square, Suite 1150

Boston, MA 02109−3945

If the requested documents are not received within 45 days from the date of this notice, the Court will consider your application to be deficient and will cease any further processing. (Note to Locators: If the requested documents are not received by the deadline, the funds will be available for collection by the creditor or other locators.)

☐ **The amount listed on your Petition differs from the amount turned over to the Court by the trustee in this case. Please file an amended Petition for Payment of Unclaimed Funds with the corrected amount of $**

☐ **The Court requires a copy of a government issued photo ID from anyone making a claim for funds held by the Court.**

☐ **The Court requires original signatures on all notarized documents and affidavits provided in support of your petition. Use of /s/ Name is not accepted for these transactions. (The documents in question are returned herein.)**

☐ **An Apostille or Certificate of Authentication of the notary's signature is required for any document signed and notarized in a country outside of the United States. (Contact your local Embassy.)**

☐ **Any person or entity making a claim for funds with a different name than the creditor name(s) on file with the Court must provide documentation as to the name change or the transfer of ownership or assignment of said claim.**

☐ **Any person or entity making a claim for funds with a different address than the creditor address on file with the Court must provide documentation as to the change of address.**

☐ **Any person or entity making a claim for funds as an officer, past officer or principal of a business entity must provide documentation as to their authority to receive such funds in lieu of any other such officer or principal.**

☐ **Any person or entity making a claim for funds as the owner of either a current or a defunct business must provide reliable, verifiable documentation as to their current or past ownership and their right to receive said funds.**

- ☐ **Any person or entity making a claim for funds under a will or on behalf of a decedent's estate must provide evidence of their legal capacity to make such claim on behalf of the estate.**

- ☑ **Please provide a completed AO 213 Vendor Information/TIN Certification Form to the Court. This form is available on the Court's website www.mab.uscourts.gov.**

- ☑ **Other:Certificate of Service Deficient. Please file an Amended Certificate of Service**

Additional Information (No action is required on your part)

- ☐ – The Unclaimed money was already paid out on
- ☐ – The Court has a pending application already on file for these funds.

Date:2/19/14                                                                                                  By the Court,

                                                                                                                     Mary Murray
                                                                                                                     Deputy Clerk
                                                                                                                     617–748–5350

                                                                                                                     605 – 604