UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:
    Tradex Swiss AG                       Case No. 07-17180 MSH
                                            Chapter 7
    Debtor

**ORDER DENYING PETITION FOR PAYMENT OF UNCLAIMED FUNDS**

**IT IS HEREBY ORDERED** that the *Petition for Payment of Unclaimed Funds* filed on 11/21/2011 by Najwa Mohammed Abd-Qader formerly known as Najwa M. AlKahlout in the amount of $1,325.53 **is denied without prejudice** for failure to provide the Court with documentation evidencing the petitioner's right to collect sufficient to support payment pursuant to 28 U.S.C. §2042.

Dated: June 2, 2014

BY THE COURT

_____
United States Bankruptcy Judge