UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

Tradex Swiss AG.

Debtor

Case No. 07-17180 MSH
Chapter 7

## ORDER DENYING PETITION FOR PAYMENT OF UNCLAIMED FUNDS

**IT IS HEREBY ORDERED** that the *Petition for Payment of Unclaimed Funds* filed on 2/19/2014 by Ishaak Mahmood Mallic **is denied without prejudice** for failure to provide the Court with documentation evidencing the petitioner's right to collect sufficient to support payment pursuant to 28 U.S.C. §2042.

Dated: June 2, 2014

BY THE COURT

United States Bankruptcy Judge