UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
OFFICE OF THE CLERK
JOHN W. MCCORMACK POST OFFICE AND COURT HOUSE
5 POST OFFICE SQUARE, SUITE 1150
BOSTON, MA 02109-3945

JAMES M. LYNCH
CLERK OF COURT

TEL: 617-748-5300
FAX: 617-748-5315

August 14, 2014

Mr. Brian J. Dilks
Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmic, WA 98065

Re:   *Petition for Payment of Unclaimed Funds – $1,978.93*
      *Case No 07-17180MSH      In re Tradex Swiss AG*

Dear Mr. Dilks:

Unfortunately the Court is unable to process the *Petition for Payment of Unclaimed Funds* filed by you on behalf of **Sudha Kumar** because the documents were signed and notarized outside the United States which invokes additional requirements, i.e., Apostille pursuant to The Hague Convention or Authentication if they do not participate.

You may wish to contact the Embassy of the country of origin (where the documents were notarized) or have your client contact the United States Embassy in India, have them resign the documents in at the US Embassy and obtain their notarization.

If the requested documents are not received within 45 days of the date of this letter the Court will consider your application to be deficient and will cease any further processing.

I apologize that this has taken so long only to have this result.

Sincerely,

Judith P. Crossen
Chief Deputy Clerk

c:   Meredith Vitale, Financial Administrator